# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE HAITAYAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>7-ELEVEN, INC.,<br><br>                    Defendant. | Case No. 1:21-cv-01335-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 18) |

On January 27, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case and terminate all pending motions and deadlines from the docket.

IT IS SO ORDERED.

Dated: **January 28, 2022**            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1